IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

VS.                                      CR. NO. 5:96CR50005-001

ALI HASAN,
    Defendant.

## ORDER FOR REMISSION OF FINE

Now on this 15th day of June, 2006, comes on to be considered the Government's Petition for Remission of Fine. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On July 9, 1996, Defendant was sentenced to time served with three years supervised release, a $5,000.00 fine and a $50.00 special assessment.

2. The Government moves to remit the unpaid portion of the defendant's fine pursuant to 18 U.S.C. § 3573, which provides:

    Upon petition of the Government showing that reasonable efforts to collect a fine...
    are not likely to be effective, the court may, in the interest of justice - -

The Government states that it has not been able to locate the defendant, and that there is no reasonable likelihood that the fine balance can be collected.

4. Upon due consideration, the Government's Petition for Remission of Fine is hereby granted and Defendant's fine is remitted.

IT IS SO ORDERED.

                                                /s/Jimm Larry Hendren
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE